UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA LEE WALLACH LORRETZ,<br><br>Plaintiff,<br><br>v.<br><br>USPS, et al.,<br><br>Defendants. | No. 2:18-cv-1064-MCE-EFB PS<br><br>ORDER |

On March 1, 2019, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 45. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. The Court concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

///

Accordingly:

1. The proposed Findings and Recommendations filed March 1, 2019 (ECF No. 45) are ADOPTED in full;
2. Plaintiff's First Amended Complaint (ECF No. 23) is DISMISSED without leave to amend;
3. All other pending motions are DENIED as moot; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 21, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE